# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ALEX MYERS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:21-cv-436-ALM-KPJ |
| FRONTIER PMS and SN SERVICING § | |
| CORPORATION, § | |
| § | |
| Defendants. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 29, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #15) that Plaintiff Alex Myers's claims against Defendants Frontier PMS and SN Servicing Corporation be dismissed without prejudice for failure to prosecute. *See* Dkt. #15.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

    **IT IS SO ORDERED**.

    **SIGNED this 3rd day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE